# United States District Court Violation Notice

CVB Location Code: CS81

| Field | Value |
|---|---|
| Violation Number | 6608708 |
| Officer Name (Print) | Name K |
| Officer No. | 903 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged | CFR / USC / State Code |
|---|---|---|
| 03/01/2017 7:02 | 102-74.385 | ☒ CFR |

Place of Offense: 720 East San Ysidro Land port of entry (CBP Processing)

Offense Description; Factual Basis for Charge: Failure to comply with lawful directions/orders

HAZMAT ☐

**DEFENDANT INFORMATION**

Last Name: Bellingham
First Name: Mark
M.I.: G

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 150 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 180 Total Collateral Due

YOUR COURT DATE
Court Address: 221 West Broadway, San Diego, CA, 92101
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear at the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy
(Rev. 09/2015)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 1, 2017 while exercising my duties as a law enforcement officer in the Southern District of California

I, Inspector Name (9P903) got dispatched to 720 E San Ysidro regarding a subject who was being disruptive and was not following Customs and Border Protection (CBP) commands. I made contact with BELLINGHAM, Mark who verbally stated that he didn't appreciate the way he was being talk to by the CBP officer and he told him how he felt. I also made contact with CBP Supervisor Mendoza who stated that BELLINGHAM was very disruptive, rude, and loud. He stated that BELLINGHAM yelled a lot of profanities to CBP personnel to the point that CBP had to detain BELLINGHAM and called the police. BELLINGHAM was explained of the situation and he understood he got out of hand. BELLINGHAM finally expressed his anger regarding CBP's customer service. BELLINGHAM was provided with the citation which he read, understood and signed without further incidents.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/01/2017
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident